# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| DARRELL BALDWIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-00076 |
| § | |
| RUSSELL LANDRY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of the April 4, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this action was referred. Dkt. No. 12. No party filed an objection to the M&R. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 12 at 8 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. The Court hereby:

- **DISMISSES WITH PREJUDICE** Plaintiff's claims, and
- **DIRECTS** the Clerk of the Court to forward a copy of this Order to the manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.[1]

The Court will order entry of final judgment separately.

SIGNED this 14th day of May, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] This case counts as a "strike" for the purposes of 28 U.S.C. § 1915(g).